**Guttilla Murphy Anderson**
**Alisan M. B. Patten** (Ariz. No. 009795)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: apatten@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Dina L. Anderson, the Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Kristen A. Newlon,<br><br>        Debtor. | Chapter 7<br><br>Case No. 2:20-bk-08286-BKM<br><br>Adv. No. 2:20-ap-00311-BKM |
| Dina L. Anderson, Chapter 7 Trustee,<br><br>        Plaintiff.<br><br>v.<br><br>Kristen A. Newlon, a single woman;<br>Todd Reynolds, a single man; and<br>John and Jane Doe,<br><br>        Defendants. | **AMENDED NOTICE OF TAKING DEPOSITION OF DEFENDANT KRISTEN A. NEWLON** |

NOTICE IS HEREBY GIVEN that counsel for the Chapter 7 Trustee, Dina L. Anderson, Plaintiff in the Adversary Proceeding captioned-above ("Plaintiff"), pursuant to Local Rule of Bankruptcy Procedure 5005-1(a), has served, by First Class U.S. Mail, *Plaintiff's Amended Notice of Deposition of Kristen A. Newlon* ("Amended Notice") to Defendants Kristen A. Newlon and Todd Reynolds providing notice that the deposition of the following person will be conducted (via Zoom) at the date and time set forth in the Amended Notice:

Kristen Newlon
14803 N. 51st Dr.
Glendale, AZ 85306
Defendant

DATED this 16th day of March, 2021.

GUTTILLA MURPHY ANDERSON

 /s/ *Alisan M.B. Patten*
Alisan M. B. Patten
Attorneys for the Plaintiff/Chapter 7 Trustee

Copy of the this Notice
was mailed on March 16, 2021 to:

Kristen Newlon
14803 N. 51st Dr.
Glendale, AZ 85306
*Defendant*

Todd Reynolds
7914 W. Frank Ave.
Peoria, AZ 85382
*Defendant Pro Per*

Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

*/s/ Chris Eckert*

2979-003(423690)